UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAOXU YIN,<br><br>        Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, et al.,<br><br>        Respondents. | Case No.:  26-cv-2668-GPC-GC<br><br>**ORDER TO FILE JOINT STATUS REPORT** |

The parties in this case agree that the Court should stay the proceedings and have requested that Respondents provide a status report on June 29, 2026. ECF Nos. 7, 8. Given the agreement between the parties, the Court ORDERS the Parties to file a joint status report as to Petitioner's removal to China on June 29, 2026. The hearing scheduled for June 18, 2026 is VACATED.

  **IT IS SO ORDERED.**

Dated:  June 16, 2026

_____

Hon. Gonzalo P. Curiel
United States District Judge

1

26-cv-2668-GPC-GC